IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.  3:20-CV-490 |
| Plaintiff, | : | |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | |
| **FIFTEEN THOUSAND TWO HUNDRED DOLLARS IN UNITED STATES CURRENCY ($15,200.00),** | : | **WARRANT OF ARREST IN REM** |
| | : | |
| Defendant. | : | |

To: the United States Marshal Service, the Drug Enforcement Administration, any duly authorized law enforcement officer, and/or their delegate(s) for the Southern District of Ohio:

WHEREAS, on December 10, 2020, the United States filed a Verified Complaint for Forfeiture *In Rem*, alleging that the defendant is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), because it represents property furnished or intended to be furnished in exchange for a controlled substance, represents proceeds traceable to such an exchange, or was used or intended to be used to facilitate any violation of 21 U.S.C. § 841 or a conspiracy to commit such offense, in violation of 21 U.S.C. § 846.

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

The Court having reviewed the Complaint hereby finds that there is probable cause to believe that the defendant is subject to forfeiture and is therefore forfeitable to the United States.

THEREFORE YOU ARE COMMANDED to arrest and seize the defendant, Fifteen Thousand Two Hundred Dollars in United States Currency ($15,200.00).

YOU ARE FURTHER COMMANDED to retain the defendant in your custody or make arrangements for a substitute custodian and serve a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and use discretion and whatever means appropriate to protect and maintain said defendant until further order of this Court.

YOU ARE FURTHER COMMANDED to publish notice of this action and the arrest of the defendant and of the right to contest the forfeiture of the defendant on the official government website, www.forfeiture.gov, for 30 consecutive days in accordance with Supplemental Rule G(4)(a)(iv)(C). Such published notice shall inform anyone who wants to contest the forfeiture of the defendant of the deadline for filing a statement of interest in or right against the defendant and for filing an answer to the Complaint.

YOU ARE FURTHER COMMANDED to send notice of this action and the arrest of the defendant and of the right to contest the forfeiture, in accordance with Supplemental Rule G(4)(b), to any person who reasonably appears to be a potential claimant. Such notice shall specify the deadlines for filing a claim and an answer or motion under Rule 12 of the Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the property and individuals upon whom copies were served and the manner employed.

Date: 12-18-20

WALTER H. RICE
UNITED STATES DISTRICT JUDGE